

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DONNIE GLENN RUBELL, AKA DONNIE G. RUBELL, | § § | |
| Plaintiff, | § § | |
| VS. | § | NO. 4:13-CV-830-A |
| LOCKHEED MARTIN, ET AL., | § § § | |
| Defendants. | § | |

O R D E R

Came on for consideration the document titled "Response to Order to Show Cause," filed by plaintiff, Donnie Glenn Rubell aka Donnie G. Rubell, in the above-captioned action on November 4, 2013. On October 15, 2013, the court signed an order and a final judgment dismissing all claims brought by plaintiff against defendants and imposing sanctions on plaintiff. The court is construing the above-described document as a motion to reconsider the court's order and final judgment. Having reviewed and considered the motion, the court concludes that it lacks merit and should be denied, for the reasons set forth in the October 15, 2013 order.

Therefore,

The court ORDERS that plaintiff's above-described motion to

reconsider be, and is hereby, denied.

    SIGNED November 5, 2013.

_____
JOHN McBRYDE
United States District Judge